THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KARRIE J. DUDLEY | § | |
| PLAINTIFF, | § | |
| V. | § | CIVIL ACTION NO. 3-04CV-277-P |
| VERIZON CORPORATE SERVICES GROUP, INC | § | |
| DEFENDANT, | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
DEC 3 0 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## AGREED MOTION TO DISMISS WITH PREJUDICE

Defendant Verizon Corporate Services Group, Inc. ("Defendant") and Plaintiff Karrie J. Dudley ("Plaintiff") file this Agreed Motion To Dismiss With Prejudice as follows:

1. The parties have reached a resolution of the claims asserted in this matter and as part of that settlement wish to dismiss this case with prejudice.

2. The parties move the Court to enter an order dismissing this case with prejudice.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**
4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
(214) 855-7500 (telephone)
(214) 855-7584 (telecopy)

By: _____ w/permission
Grant H. Teegarden, #50511849

ATTORNEYS FOR DEFENDANT

Robles Law Firm
8828 N. Stemmons Frwy., #143
Dallas, Texas 75247
(214) 361-2411 (telephone)
(214) 361-7074 (telecopy)

By: *(signature)*
Gabriel H. Robles, #17118100

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served via certified mail, return receipt requested, on this 30th day of December 2004, to:

Robles Law Firm
8828 N. Stemmons Frwy., #143
Dallas, Texas 75247

*(signature)* w/permission
Grant H. Teegarden